AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
✓ RECEIVED ___ COPY

AUG 1 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR-23-1022-PHX-DWL |
| Ramon Moreno-Lopez | ) | |
| | ) | SEALED |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Ramon Moreno-Lopez,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

8:1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) - Conspiracy to Transport Illegal Aliens for Profit

_____
Issuing officer's signature

City and state: Phoenix, Arizona

ISSUED ON 10:13 am, Jul 06, 2023
s/ Debra D. Lucas, Clerk

M. Pruneau, Deputy Clerk
Printed name and title

cc: PTS

### Return

This warrant was received on (date) 7.6.23, and the person was arrested on (date) 8.1.23
at (city and state) Phoenix AZ.

Date: 8.1.23

by _____
Arresting officer's signature

Arrested by HSI
Printed name and title